UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRIAN HARRIS AUTO GROUP, | * | CIVIL ACTION |
| Plaintiff, | * | NO. 10-00290 |
| v. | * | CHIEF JUDGE JACKSON |
| AUTOMATIC DATA PROCESSING, INC., | * | MAG. JUDGE RIEDLINGER |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come plaintiffs, Harris Chevrolet, Inc. and Harris Chevrolet II, L.L.C. (collectively "Brian Harris Auto"), and defendant, ADP Dealer Services, Inc. ("ADP"), to inform the Court that the parties have executed a settlement agreement resolving all disputed issues in this litigation and to jointly ask this Court to enter an Order dismissing Brian Harris Auto's claims against ADP with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| **NICAUD & SUNSERI, L.L.C.** | **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC** |
| BY: _s/ J. Douglas Sunseri_<br>J. DOUGLAS SUNSERI (19173)<br>A Group of Professional Law Corporations<br>3000 18th Street<br>Metairie, LA 70002<br>Telephone: (504) 837-1304 | BY: _s/ Tyler L. Weidlich_<br>STEVEN F. GRIFFITH, JR. (27232)<br>TYLER L. WEIDLICH (30790)<br>201 St. Charles Ave., Suite 3600<br>New Orleans, Louisiana 70170<br>Telephone: (504) 566-5200 |
| **ATTORNEYS FOR PLAINTIFFS, HARRIS CHEVROLET, INC. AND HARRIS CHEVROLET II, L.L.C.** | **ATTORNEYS FOR DEFENDANT, ADP DEALER SERVICES, INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of the Court using CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                              _s/ Tyler L. Weidlich_
                                              TYLER L. WEIDLICH