UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRIAN HARRIS AUTO GROUP

VERSUS

AUTOMATIC DATA PROCESSING, INC.

CIVIL ACTION

NO. 10-290-BAJ-SCR

## ORDER OF DISMISSAL

Upon consideration of the joint motion by all plaintiffs and defendant to dismiss this matter and upon counsel having informed the Court that they have resolved all disputed issues in this litigation:

**IT IS ORDERED** that this matter be, and is, hereby dismissed with prejudice, each party to bear its own costs and fees

Baton Rouge, Louisiana, April 16, 2012.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA